MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

ANDREW M. SCOBLE (CABN 124940)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7249
    Fax: (415) 436-7234
    Email:  andrew.scoble@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | CASE NO. CR 14-0375 VC |
|---|---|---|
| v. | ) ) | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM OTHERWISE |
| ALEXANDER SANTIAGO-GONZALEZ, | ) ) | APPLICATION SPEEDY TRIAL ACT CALCULATION |
| Defendant. | ) ) | |

## STIPULATION

IT IS HEREBY STIPULATED by the parties, through undersigned counsel, that:

1. The parties were originally scheduled to appear before the Court on August 11, 2014 at 2:00 p.m. for a status hearing, but the defendant was not transported to Court and the parties did not appear as originally anticipated. However, counsel had already consulted before August 11, 2014, and had agreed that they would jointly request a one-month continuance with a Speedy Trial Act exclusion, in order to allow the government to produce further discovery, to allow defense counsel to continue reviewing discovery already produced and to review further discovery to be produced, and to allow defense counsel to pursue investigation of the case and consult with his client about the best way to proceed.

2. Accordingly, with the parties' agreement as to the new date, the Court issued a Clerk's

Notice rescheduling the status hearing for September 15, 2014 at 2:00 p.m., with the understanding that the parties would submit a Stipulation and Proposed Order excluding time.

3. The parties now formalize their request for a continuance of this matter to September 15, 2014 at 2:00 p.m. for a status hearing, and respectfully submit and agree that the period from August 11, 2014 through and including September 15, 2014 should be excluded from the otherwise applicable Speedy Trial Act computation because failure to grant the continuance as requested would unreasonably deny the defendant continuity of counsel and the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Specifically, the parties represent that the volume of discovery already produced, together with the further discovery to be produced (which includes a copy of the defendant's Alien File), and defense counsel's need to review discovery, to consult with his client as to the best way to proceed (including pursuing certain avenues of investigation), support the requested continuance.

IT IS SO STIPULATED.

DATED: 8/14/2014                    MELINDA HAAG
                                    United States Attorney

                                    /S/
                                    ANDREW M. SCOBLE
                                    Assistant United States Attorney

DATED: 8/14/2014                    /S/
                                    CHRISTOPHER F. MORALES
                                    Counsel for the Defendant

## [~~PROPOSED~~] ORDER

Based upon the above-described Stipulation, THE COURT FINDS THAT the ends of justice served by granting a continuance from August 11 2014 through and including September 15, 2014 outweigh the best interest of the public and the defendant in a speedy trial, and that failure to grant such a continuance would unreasonably deny the defendant continuity of counsel and the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Accordingly, THE COURT ORDERS THAT:

1. Pursuant to the Clerk's Notice issued on August 11, 2014, the parties shall appear before the Court on September 15 2014 at 2:00 p.m. for further status.

2. The period from August 11, 2014 through and including September 15, 2014 is excluded from the otherwise applicable Speedy Trial Act computation, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

IT IS SO ORDERED.

DATED: August 15, 2014

HON. VINCE G. CHHABRIA
United States District Judge