1  STEVEN G. KALAR
   Federal Public Defender
2  DANIEL P. BLANK
   Assistant Federal Public Defender
3  450 Golden Gate Avenue
   San Francisco, CA  94102
4  Telephone:  (415) 436-7700

5  Counsel for Defendant SANTIAGO

8           IN THE UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

11 UNITED STATES OF AMERICA,            )
                                         )  No. CR 14-0375 VC
                  Plaintiff,             )
12                                       )  STIPULATION AND [PROPOSED]
                                         )  ORDER CONTINUING
13         v.                            )  APPEARANCE
                                         )
   ALEXANDER SANTIAGO                    )
14 GONZALEZ,                             )  Honorable Vince Chhabria
                                         )
15                Defendant.             )
                                         )

1   At the last appearance in the above-captioned matter, on October 6, 2014, the Court set a status
2   conference hearing for November 10, 2014, and excluded time for adequate preparation of
3   undersigned defense counsel, who was just appointed to represent the defendant.  The Court
4   subsequently continued to matter to November 17, 2014.  Unfortunately, defense counsel will be out
5   of state on November 17, 2014, and so is unavailable on that date.  At the appearance originally
6   scheduled for today, the parties had planned to advise the Court that they are currently engaged in
7   what will hopefully be fruitful settlement negotiations, and to request a status conference hearing,
8   for entry of plea or trial setting, on January 12, 2015.  Accordingly, the parties now stipulate and
9   jointly request that the next appearance be continued to January 12, 2015, with time under the
10  Speedy Trial Act excluded until that date for adequate preparation of counsel.
11  IT IS SO STIPULATED.

MELINDA HAAG
United States Attorney

DATED:   11/10/14         _____/s/_____
                          MICHAEL MAFFEI
                          Assistant United States Attorney

DATED:   11/10/14         _____/s/_____
                          DANIEL P. BLANK
                          Assistant Federal Public Defender
                          Attorney for Alexander Santiago Gonzalez

IT IS SO ORDERED.

DATED: November 12, 2014   _____
                           VINCE CHHABRIA
                           United States District Judge

STIP. & PROP. ORDER                1