MELINDA HAAG (CABN 132612)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

MICHAEL MAFFEI (CABN 240978)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7246
    Fax: (415) 436-7027
    Email:  michael.maffei@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | CASE NO. CR 14-0375 VC |
|---|---|---|
| v. | ) ) | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM OTHERWISE |
| ALEXANDER SANTIAGO-GONZALEZ, | ) ) | APPLICABLE SPEEDY TRIAL ACT CALCULATION |
| Defendant. | ) ) | |

## STIPULATION

IT IS HEREBY STIPULATED by the parties, through undersigned counsel, that:

1.    The parties were originally scheduled to appear before the Court on March 30, 2015 at 2:00 p.m. for a trial setting or change of plea. Due to a scheduling conflict, the Court requested the parties confer about a new date in this matter.

2.    Accordingly, the parties discussed rescheduling this matter to April 7, 2015, at 1:00 p.m., with the understanding that the parties would submit a Stipulation and Proposed Order excluding time.

3.    The parties now formalize their request for a continuance of this matter to April 7, 2015 at 1:00 p.m. for a trial setting or change of plea, and respectfully submit and agree that the period from March 30, 2015 through and including April 7, 2015 should be excluded from the otherwise applicable Speedy Trial Act computation because failure to grant the continuance as requested would unreasonably

STIP. AND ORDER EXCLUDING TIME    1
CR 14-0375 VC

1  deny the defendant continuity of counsel and the reasonable time necessary for effective preparation,
2  taking into account the exercise of due diligence.  Specifically, the parties represent that the volume of
3  discovery already produced and defense counsel's need to review discovery, to consult with his client as
4  to the best way to proceed (including pursuing certain avenues of investigation), support the requested
5  continuance.
6      IT IS SO STIPULATED.

8  DATED: March 19, 2015                    MELINDA HAAG
                                            United States Attorney

10                                                   /s/
                                            MICHAEL MAFFEI
11                                          Assistant United States Attorney

13  DATED: March 19, 2015                          /s/
                                            MICHAEL STEPANIAN
14                                          Counsel for the Defendant

19                              [~~PROPOSED~~] ORDER

20      Based upon the above-described Stipulation, THE COURT FINDS THAT the ends of justice
21  served by granting a continuance from March 30, 2015 through and including April 7, 2015 outweigh
22  the best interest of the public and the defendant in a speedy trial, and that failure to grant such a
23  continuance would unreasonably deny the defendant continuity of counsel and the reasonable time
24  necessary for effective preparation, taking into account the exercise of due diligence.
25      Accordingly, THE COURT ORDERS THAT:
26      1.    The parties shall appear before the Court on April 7, 2015 at 1:00 p.m. for trial setting or
27  change of plea.
28      2.    The period from March 30, 2015 through and including April 7, 2015 is excluded from

STIP. AND ORDER EXCLUDING TIME                 2
CR 14-0375 VC

1  the otherwise applicable Speedy Trial Act computation, pursuant to 18 U.S.C. § 3161(h)(7)(A) &
2  (B)(iv).
3        IT IS SO ORDERED.

5  DATED: March 20, 2015

     HON. VINCE G. CHHABRIA
     United States District Judge